```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
RONALD L. BOONIE,

                        Plaintiff,
                                                    O R D E R
        - against -
                                                 17 Civ. 5134 (NRB)
ANASTASIOS P. BELESIS, ATB HOLDING,
LLC, TOMTAB LLC, 2008 ANASTASIOS
BELESIS IRR TRUST UA DATED SEPT. 2008,
and TABITHA BELESIS,

                        Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

A judgment in the amount of $191,696.00 was entered in this case on October 17, 2018. See ECF No. 43. Judgment having been paid in full pursuant to the Satisfaction of Judgment that was entered on August 28, 2020, see ECF No. 62, the Clerk of Court is respectfully directed to close this case.

DATED:    New York, New York
          August 31, 2020

                                        _____
                                            NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE